IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL BOUCHILLON,

    Petitioner,

vs.                                    CASE NO. 5:10-cv-330/RS-GRJ

PAIGE AUGUSTINE, et al.,

    Respondents.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Respondent's Motion to Dismiss (Doc. 11) is **GRANTED**.

3. This case is **DISMISSED**.

4. The clerk is directed to close the file.

**ORDERED** on March 12, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**